INGRID M. EVANS, State Bar No. 179094
THE EVANS LAW FIRM
2003 Broadway Street
San Francisco, CA 94115
Tel: 415.441.8669/888-503-8267
Fax: 888.891.4906
e-mail: Ingrid@evanslaw.com

DAVID M. FISH (PRO HAC VICE TO BE SUBMITTED)
COUNSELOR AND ATTORNEY AT LAW
3 Park Avenue
28th Floor
New York, New York 10016
Tel: 212.869.1040

*Attorneys for Plaintiff*

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>EYE WONDER, LLC and DOES 1-100, Inclusive,<br><br>    Defendant | **Case No.: CV-11-1802 EDL**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE ON THE MOTION TO STAY HEARING TO JUNE 21, 2011**<br><br>Judge Hon. Elizabeth D. Laporte<br><br>Action Filed:       04/26/11 |

IT IS STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION THAT:

WHEREAS, the Motion to Stay Hearing in this case is currently set for Tuesday, May 31, 2011, and Plaintiff's counsel, David Fish, has a trial set for May 2011 that will last four to six weeks;

**JOINT STIPULATION AND (PROPOSED) ORDER GRANTING CONTINUANCE ON THE MOTION TO STAY HEARING TO JUNE 21, 2011**

1  WHEREAS, if convenient to the court, the parties have agreed to continue the Motion to

2  Stay Hearing to June 21, 2011, in Department E, at 9:00 a.m.;

3  WHEREAS, the parties have also agreed to update the briefing schedule based on the

4  continued hearing date: Plaintiff's Opposition to the Motion to Stay is due on May 24, 2011, and

5

6  Defendant's Reply is due June 7, 2011;

7  THEREFORE, it is hereby stipulated between the undersigned parties, through

8  their counsel of record, that the hearing for the Motion to Stay shall be continued to Tuesday, June

9  21, 2011, in Department E, at ~~9:00 a.m.~~ 2:00 PM. IT IS SO STIPULATED:

10  DATED: April 28, 2011

11                                                                THE EVANS LAW FIRM

12

13                                            By:    /s/ Ingrid M. Evans
                                                     INGRID M. EVANS
14

15                                            Attorneys for Plaintiff ADAM SMITH

16  DATED: April 28, 2011                    KILPATRICK TOWNSEND & STOCKTON LLP

17

18                                            By:    /s/ Mehrnaz Boroumand Smith
                                                     MEHRNAZ BOROUMAND SMITH
19

20                                            Attorneys for Defendant EYE WONDER, LLC

21

22  IT IS SO ORDERED.

    DATED: _5/3/2011_____

23

24                                            By_____
                                                     The Honorable Elizabeth D. Laporte
25                                                   District Court Judge

26

27

28

**JOINT STIPULATION AND (PROPOSED) ORDER GRANTING CONTINUANCE ON
THE MOTION TO STAY HEARING TO JUNE 21, 2011**

## CERTIFICATE OF SERVICE

I hereby certify that on 4/26/11, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper to the non-CM/ECF participants indicated on the Manual Notice List.

/s/ Ingrid M. Evans

THE EVANS LAW FIRM
INGRID M. EVANS
Ingrid@evanslaw.com
2003 Broadway Street
San Francisco, CA 94115
Telephone: 415/441-8669 or
888/503-8267
888/891-4906 (fax)

## MANUAL MAIL NOTICE LIST

C. Allen Garrett , Jr
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

David M. Fish
Counselor & Attorney at Law
3 Park Avenue, 28th Floor
New York, NY 10016

James F. Bogan , III
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

**JOINT STIPULATION AND (PROPOSED) ORDER GRANTING CONTINUANCE ON THE MOTION TO STAY HEARING TO JUNE 21, 2011**